# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2176

_____

Reginald L. Dunahue,                    *
                                        *
            Appellant,                  *
                                        *  Appeal from the United States
      v.                                *  District Court for the
                                        *  Eastern District of Arkansas.
Clarence Bass, Lt., Varner Unit, ADC;   *
Latecia Strain, Varner Unit, ADC,       *      [UNPUBLISHED]
                                        *
            Appellee.                   *

_____

Submitted: June 21, 2007
Filed: July 2, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

       In this 42 U.S.C. § 1983 action, Arkansas inmate Reginald Dunahue appeals the district court's[1] entry of judgment in accordance with the jury verdict in favor of defendants, arguing his trial attorney presented testimony and exhibits proving that defendants' treatment of him violated prison policy and the Eighth Amendment. Dunahue did not, however, provide this court with a trial transcript or request one at government expense. We therefore are unable to review the sufficiency-of-the-

_____

    [1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

evidence issue he raises.  <u>See</u> Fed. R. App. P. 10(b)(1) (discussing appellant's duty to order transcript); <u>Meroney v. Delta Int'l Mach. Corp.</u>, 18 F.3d 1436, 1437 (8th Cir. 1994); <u>Van Treese v. Blome</u>, 7 F.3d 729, 729 (8th Cir. 1993) (per curiam); <u>Schmid v. United Bhd. of Carpenters & Joiners of Am.</u>, 827 F.2d 384, 385-86 (8th Cir. 1987) (per curiam).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____